IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DEBORAH KAY STONE**                                                                              **PLAINTIFF**

v.                     Case No. 4:16-cv-00717-KGB/BD

**NANCY A. BERRYHILL, Acting Commissioner,**
**Social Security Administration**                                           **DEFENDANT**

# ORDER

Before the Court is the Recommended Disposition of Magistrate Judge Beth Deere (Dkt. No. 12). No objections have been filed, and the time for filing objections has passed. After careful review of the Recommended Disposition, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects. The Commissioner's decision is reversed and remanded with instructions to develop the record as necessary and to reconsider the evidence of record concerning Ms. Stone's residual functional capacity during the relevant period.

It is so ordered, this the 27th day of December, 2017.

                                                                                 _____
                                                                                 Kristine G. Baker
                                                                                 United States District Judge