IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DEBORAH KAY STONE**                                                                                **PLAINTIFF**

v.                             **Case No. 4:16-cv-00717-KGB/BD**

**NANCY A. BERRYHILL, Acting Commissioner,**
**Social Security Administration**                                                                   **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered and adjudged that the decision of the Commissioner is reversed, and this case is remanded for further proceedings consistent with this Court's Order.

SO ADJUDGED this the 27th day of December, 2017.

_____
Kristine G. Baker
United States District Judge